UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> PRIME SOURCE CAPITAL ) <br> MANAGEMENT, LLC ) <br> ) <br> ) <br> ) <br> Defendant ) <br> ) | Case Number: 1:12-cv-00071 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiff, Joseph Thomas, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Bruce@warren-lawfirm.com
Warren Law Group, P.C.
57 Cooper Street
Woodbury, NJ 08096
(856) 848-4572
(856) 324-9081